UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
**RANDY SANCHEZ**, on behalf of himself
and all others similarly situated,

                                  Plaintiff,

-against-

**WHISKERS HOLISTIC PET CARE, INC.**

                                  Defendant.
------------------------------------------------------------x

Case No.: 1:23-cv-06206-NGG-JRC

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
        January 19, 2024

                                                 Respectfully Submitted,

                                                 */s/ Noor A. Saab, Esq.*
                                                 By: Noor A. Saab Esq.
                                                 *Attorney for Plaintiff*
                                                 The Law Office of Noor A. Saab, Esq.
                                                 380 North Broadway, Penthouse West
                                                 Jericho, New York 11753
                                                 Tel: 718-740-5060
                                                 Email: noorasaablaw@gmail.com

**So Ordered.**
s/NICHOLAS G. GARAUFIS
Hon. Nicholas G. Garaufis
Date: 1/19/24

1